LOUIS BERGLAS, Respondent, v. JOHN M. GREGORY and Others, Copartners, etc., Appellants.— Judgment modified by reducing the verdict to the sum of $1,960, being the $2,000 principal less the $40 received as dividend, and in addition $431.20 interest on said $1,960, amounting, with costs, to the sum of

$2,565.50, and as so modified the judgment and order appealed from are affirmed, with costs to the respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.